UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX LEONARD AZEVEDO,

Plaintiff,

v.

DAVID RICK NELSON, et al.,

Defendants.

No. 2:24-cv-2995 DAD AC P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE

(Doc. No. 14)

Plaintiff is a state prisoner proceeding *pro se* in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On January 13, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to pay the required filing fee within the time provided after being ordered to do so upon the denial of his motion to proceed *in forma pauperis*.

The pending findings and recommendations were served on plaintiff at his address of record[1] and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 1.) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.

[1] On August 3, 2026, the postal service returned the served copy to the court as "undeliverable, refused."

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 13, 2026 (Doc. No. 14) are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 3, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE